AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT



Southern  DISTRICT OF  New York

**APPEARANCE**

Joseph Cunningham
  as Plaintiff

v.  Case Number: 08 CV. 4307 (Judge Karas)

Metro North Commuter Railroad
  as Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Cunningham

I certify that I am admitted to practice in this court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Date: 6-2-08

Signature: [signed]

Joseph P. Sargent  JS1234
Print Name  Bar Number

1129 Post Rd
Address

Fairfield  CT  06824
City  State  Zip Code

(203) 325-2323  (203) 659-7360
Phone Number  Fax Number