UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH CUNNINGHAM,

       Plaintiff,                          NOTICE OF APPEARANCE

   - against -                           08-CIV-4307(KEM)

METRO-NORTH COMMUTER RAILROAD,

       Defendant.
------------------------------------X

    Please enter the appearance of the undersigned on behalf of defendant Metro-North Commuter Railroad Company i/p/a Metro-North Commuter Railroad.

                              FOR DEFENDANT METRO-NORTH COMMUTER RAILROAD COMPANY

                              By: _____
                              Roxanna S. Campbell
                              Attorneys for Defendant
                              Metro-North Commuter Railroad Company
                              i/p/a Metro-North Commuter Railroad
                              One Gateway Center
                              Fourth Floor
                              Newark, NJ 07102
                              (973) 623-2700
                              rcampbell@lcbf.com

**CERTIFICATION**

 I hereby certify that a copy of the foregoing was mailed by Federal Express on August 15, 2008 to all counsel of record as follows:

Joseph P. Sargent, Esq.
80 Rippowarn Road
Stamford, CT 06902
(203) 325-2323
e-mail: Josephsargent@optonline.com

_____
Roxanna S. Campbell