UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSEPH CUNNINGHAM,

       Plaintiff,

  - against -

METRO-NORTH COMMUTER RAILROAD,

       Defendant.
----------------------------------------X

RULE 7.1 STATEMENT

08-CIV-4307(KEM)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Metro-North Commuter Railroad Company ("Metro-North") certifies that Metro-North is a Public Benefit Corporation organized and existed under the laws of the state of New York and does not have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:  Newark, New Jersey
       August 15, 2008

                            LANDMAN CORSI BALLAINE & FORD P.C.

                 By: _____
                     Roxanna S. Campbell
                     Attorneys for Defendant
                     Metro-North Commuter Railroad Company
                     i/p/a Metro-North Commuter Railroad

```
                              One Gateway Center, Fourth Floor
                              Newark, NJ 07102
                              (973) 623-2700
                              (973) 623-4496 (Fax)
                              rcampbell@lcbf.com
```

TO:   Joseph P. Sargent, Esq.
      80 Rippowarn Road
      Stamford, CT 06902
      (203) 325-2323
      e-mail: Josephsargent@optonline.com